# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANNE NICOL GAYLOR; and FREEDOM FROM RELIGION FOUNDATION, INC. <br> *Plaintiff(s)* <br> v. <br> JACOB LEW, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA <br> *Defendant(s)* | Civil Action No. 16-CV-215 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JACOB LEW
Secretary of the United States Department of Treasury
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Bolton
Boardman & Clark LLP
1 South Pinckney Street, Suite 410
Madison, WI 53701 0927

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/6/2016

CLERK OF COURT

s/ J. Titak

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANNE NICOL GAYLOR; and FREEDOM FROM RELIGION FOUNDATION, INC. <br> *Plaintiff(s)* <br> v. <br> JACOB LEW, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA <br> *Defendant(s)* | Civil Action No. 16-CV-215 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN KOSKINEN
Commissioner of the Internal Revenue Service
Internal Revenue Service
1111 Constitution Ave., NW
Washington, DC 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Bolton
Boardman & Clark LLP
1 South Pinckney Street, Suite 410
Madison, WI 53701 0927

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/6/2016

s/ J. Titak

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANNE NICOL GAYLOR; and FREEDOM FROM RELIGION FOUNDATION, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> JACOB LEW, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA <br><br> *Defendant(s)* | Civil Action No. 16-CV-215 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard L. Bolton
Boardman & Clark LLP
1 South Pinckney Street, Suite 410
Madison, WI 53701 0927

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/6/2016

s/ J. Titak

*Signature of Clerk or Deputy Clerk*