UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANNE NICOL GAYLOR; and FREEDOM FROM RELIGION FOUNDATION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>JACOB LEW, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:16-cv-00215-slc<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' MOTION TO DISMISS PLAINTIFFS' CLAIM THAT 26 U.S.C. § 107(1) VIOLATES THE UNITED STATES CONSTITUTION**

Plaintiffs fail to establish that this Court has subject matter jurisdiction to hear their claim that 26 U.S.C. § 107(1) violates the United States Constitution.  Thus, the defendants move this Court to dismiss that portion of plaintiffs' Complaint, pursuant to Fed. R. Civ. P. 12(b)(1).  The United States seeks the following specific relief:

    (1)    An order dismissing plaintiffs' claim that 26 U.S.C. § 107(1) violates the United States Constitution, pursuant to Fed. R. Civ. P. 12(b)(1); and

    (2)    An order requiring plaintiffs to file an Amended Complaint that conforms to the Court's ruling on this motion.

In support of this motion, the United States submits the facts, arguments, and legal citations contained in the brief filed herewith.

1

Dated: August 12, 2016             Respectfully submitted,

                                             CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

*/s/ Richard G. Rose*
RICHARD G. ROSE
District of Columbia Bar Number: 493454
U.S. Department of Justice
Tax Division
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-2032
Facsimile: (202) 514-6770
E-mail: richard.g.rose@usdoj.gov

JOHN W. VAUDREUIL
United States Attorney

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I certify that, on August 12, 2016, service of the foregoing MOTION TO DISMISS PLAINTIFFS' CLAIM THAT 26 U.S.C. § 107(1) VIOLATES THE UNITED STATES CONSTITUTION was made upon plaintiffs by filing it with the Clerk of Court using the CM/ECF system.

*/s/ Richard G. Rose*
RICHARD G. ROSE