IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANNIE GAYLOR, *et al.*

        Plaintiff,

v.                                        Case No.: 16-cv-215

JACOB LEW, *et al.*,

        Defendant.

---

NOTICE OF SUBSTITUTION OF COUNSEL

---

       The United States of America, by John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Richard D. Humphrey, Assistant United States Attorney for that district, gives notice that Richard D. Humphrey files his appearance as counsel for the United States of America in the above-captioned case, in place of Leslie K. Herje. Accordingly, Leslie K. Herje should be removed from all future Electronic Case Filing notices.

       Dated this 1st day of November, 2016.

                                                      Respectfully submitted,

                                                    JOHN W. VAUDREUIL
                                                    United States Attorney

                                                    By:

                                                    s/ *Richard D. Humphrey*
                                                    RICHARD D. HUMPHREY
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Western District of Wisconsin
                                                    222 West Washington Avenue, Suite 700
                                                    Madison, WI 53703
                                                    Phone: (608) 264-5158