IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANNIE LAURIE GAYLOR; DAN BARKER;
IAN GAYLOR, personal representative of
the estate of Anne Nicol Gaylor; and
FREEDOM FROM RELIGION FOUNDATION, INC.,

                                                                    ORDER

                    Plaintiffs,

                                                                    16-cv-215-bbc

       v.

JACOB LEW, Secretary of the United States
Department of Treasury; JOHN KOSKINEN,
Commissioner of the Internal Revenue
Service; and the UNITED STATES OF
AMERICA,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone preliminary pretrial conference was held in this case before District Judge

Barbara Crabb.   Richard Bolton appeared on behalf of plaintiffs Annie Laurie Gaylor, Dan

Barker, Ian Gaylor and Freedom from Religion Foundation.   Richard Rose appeared on

behalf of defendants Jacob Lew, John Koskinen and the United States of America.

During the conference, the court and the parties agreed to the following deadlines:

- •    Defendants' expert report: January 15, 2017

- •    Plaintiffs' rebuttal export report: February 15, 2017

- •    Dispositive motions: March 8, 2017

If a trial is still needed after the resolution of dispositive motions, I will set a date at that time.

Entered this 17th day of November, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge