UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, Personal Representative of the estate of ANNE NICOL GAYLOR; AND FREEDOM FROM RELIGION FOUNDATION, INC.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>JACOB LEW, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No. 16-CV-215 |

## MOTION TO INTERVENE

For the reasons stated in the accompanying memorandum, proposed Defendant-Intervenors Bishop Edward Peecher, Chicago Embassy Church, Father Patrick Malone, Holy Cross Anglican Church, and the Diocese of Chicago and Mid-America of the Russian Orthodox Church Outside of Russia hereby move the Court for leave to intervene as of right under Federal Rule of Civil Procedure 24(a). Alternatively, Proposed Intervenors seek permissive intervention under Rule 24(b). Proposed Intervenors have attached their proposed answer. At the time of filing, undersigned counsel had conferred with counsel for Plaintiffs and counsel for Defendants, but Plaintiffs and Defendants had not yet taken a position on the motion.

1

Dated: December 13, 2016 　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Hannah C. Smith
　　　　　　　　　　　　　　　　Hannah C. Smith
　　　　　　　　　　　　　　　　Luke W. Goodrich
　　　　　　　　　　　　　　　　Daniel D. Benson
　　　　　　　　　　　　　　　　The Becket Fund for Religious Liberty
　　　　　　　　　　　　　　　　1200 New Hampshire Ave. NW, Suite 700
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Email: hsmith@becketfund.org
　　　　　　　　　　　　　　　　Telephone: (202) 955-0095
　　　　　　　　　　　　　　　　Facsimile: (202) 955-0090

　　　　　　　　　　　　　　　　*Counsel for Proposed Intervenors*