UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANNE NICOL GAYLOR; and FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB LEW, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA, <br><br> Defendants, <br><br> and <br><br> EDWARD PEECHER; CHICAGO EMBASSY CHURCH; PATRICK MALONE; HOLY CROSS ANGLICAN CHURCH; and THE DIOCESE OF CHICAGO AND MID-AMERICA OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA, <br><br> Intervenor-Defendants. | Case No. 3:16-cv-00215 |

**DEFENDANT UNITED STATES' EXPEDITED MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Defendant United States of America requests that the Court enter an order forbidding the Rule 30(b)(6) deposition of the Internal Revenue Service, an agency of the United States, noticed by the Intervenor-Defendants for February 23, 2017, to protect the United States from oppression and undue burden. The United States further requests that the Court consider this motion on an expedited basis given that the deposition date is so

1

near in time.  Finally, the United States also requests that the Court consider awarding the United States its reasonable expenses, including attorney's fees, incurred in making this motion under Fed. R. Civ. P. 26(c)(3) and 37(a)(5).

In support of this motion, the United States submits the brief and exhibits filed herewith.

Richard Rose, undersigned counsel for the United States, certifies that, during the week of February 6, 2017, he conferred in good faith with counsel for the Intervenor-Defendants in an effort to resolve this dispute without court action.

Dated:  February 10, 2017                     Respectfully submitted,

                                                      DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Richard G. Rose*
RICHARD G. ROSE
District of Columbia Bar Number: 493454
U.S. Department of Justice, Tax Division
Post Office Box 7238, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-2032
Facsimile: (202) 514-6770
E-mail: richard.g.rose@usdoj.gov

*/s/ Erin Healy Gallagher*
ERIN HEALY GALLAGHER
District of Columbia Bar Number: 985670
U.S. Department of Justice, Tax Division
Post Office Box 7238, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-2452
Facsimile: (202) 514-6770
E-mail: erin.healygallagher@usdoj.gov

*/s/ Gregory E. Van Hoey*
GREGORY E. VAN HOEY
Maryland Bar
U.S. Department of Justice, Tax Division
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6391
Facsimile: (202) 514-6770
E-mail: gregory.van.hoey@usdoj.gov

JOHN W. VAUDREUIL
United States Attorney

*Attorneys for Defendant*
*United States of America*

## CERTIFICATE OF SERVICE

I certify that, on February 10, 2017, service of the foregoing DEFENDANT UNITED STATES' EXPEDITED MOTION FOR PROTECTIVE ORDER was made on all parties by filing it with the Clerk of Court using the CM/ECF system.

*/s/ Richard G. Rose*
RICHARD G. ROSE