UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANNE NICOL GAYLOR; and FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB LEW, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA, <br><br> Defendants, <br><br> and <br><br> EDWARD PEECHER; CHICAGO EMBASSY CHURCH; PATRICK MALONE; HOLY CROSS ANGLICAN CHURCH; and THE DIOCESE OF CHICAGO AND MID-AMERICA OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA, <br><br> Intervenor-Defendants. | Case No. 3:16-cv-00215 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the defendants move for summary judgment with respect to all of plaintiffs' claims as set forth in their complaint (Doc. 1). Summary judgment should be granted if there is no genuine dispute as to any material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). There is no genuine dispute in this case that 26 U.S.C. § 107(2) is constitutional. Defendants' motion should therefore be granted.

In support of this motion, the defendants are separately filing a memorandum of law, statement of proposed findings of fact, and evidentiary materials.

Dated: March 8, 2017

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ *Richard G. Rose*
RICHARD G. ROSE
District of Columbia Bar Number: 493454
U.S. Department of Justice, Tax Division
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2032
Facsimile: (202) 514-6770
E-mail: richard.g.rose@usdoj.gov

/s/ *Erin Healy Gallagher*
ERIN HEALY GALLAGHER
District of Columbia Bar Number: 985670
U.S. Department of Justice, Tax Division
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2452
Facsimile: (202) 514-6770
E-mail: erin.healygallagher@usdoj.gov

JOHN W. VAUDREUIL
United States Attorney

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on March 8, 2017, service of the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was made by filing it with the Clerk of Court using the CM/ECF system.

*/s/ Richard G. Rose*
RICHARD G. ROSE