**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, Personal Representative of the estate of ANNE NICOL GAYLOR; AND FREEDOM FROM RELIGION FOUNDATION, INC.,

*Plaintiffs*,

v.

STEVEN MNUCHIN, Secretary of the United States Department of Treasury; JOHN KOSKINEN, Commissioner of the Internal Revenue Service; and the UNITED STATES OF AMERICA,

*Defendants,*

and

EDWARD PEECHER, CHICAGO EMBASSY CHURCH, PATRICK MALONE, HOLY CROSS ANGLICAN CHURCH, AND THE DIOCESE OF CHICAGO AND MID-AMERICA OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA,

*Intervenor-Defendants*.

Case No. 16-CV-215

**SECOND DECLARATION OF BISHOP EDWARD PEECHER**

1. My name is Bishop Edward Peecher. I am over the age of 21 and am capable of making this unsworn declaration pursuant to 28 U.S.C. § 1746. I have not been convicted of a felony or crime involving dishonesty, and the facts below are either

within my personal knowledge or are based upon teachings of my church with which I am familiar and which I believe to be true and correct.

2. On June 1, 2017, I ended my service as Bishop of Chicago Embassy Church and became a pastor at another church on the South Side of Chicago.

3. I felt the Holy Spirit move me to join this new church so I can establish the same types of community programs there that I ran for over 30 years at Chicago Embassy.

4. I will continue my role in the Chicago Peace Campaign, organizing churches from all over Chicago to minister to gang members and help make peace happen in the city.

5. I receive a housing allowance from the new church and will continue to exclude it from my income when I file my income tax returns.

6. The new church is close to my home, and my physical presence in the community continues to be necessary for me to answer the Lord's call to feed His sheep. *See* John 21:17 ("Jesus said, 'Feed my sheep.'").

7. I am pleased that Chris Butler has succeeded me as senior pastor at Chicago Embassy. I have mentored him since he was a young man in my "Revolutionaries For Christ" youth program at the Church. He has taken an active role in Chicago Embassy's community engagement for many years, and will continue to serve the Church and the city well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2017.

s/ Edward Peecher

Bishop Edward Peecher