IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ANNIE LAURIE GAYLOR; DAN BARKER; IAN GAYLOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANNE NICOL GAYLOR; and FREEDOM FROM RELIGION FOUNDATION, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:16-cv-00215 |
| STEVEN MNUCHIN, Secretary of the United States Department of Treasury; DAVID J. KAUTTER, Acting Commissioner of the Internal Revenue Service;[1] and the UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| EDWARD PEECHER; CHICAGO EMBASSY CHURCH; PATRICK MALONE; HOLY CROSS ANGLICAN CHURCH; and THE DIOCESE OF CHICAGO AND MID-AMERICA OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA, | ) ) ) ) ) ) ) ) | |
| Intervenor-Defendants. | ) | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants Steven Mnuchin, Secretary of the United States

Department of Treasury, David J. Kautter, Acting Commissioner of the Internal Revenue

Service, and the United States of America hereby appeal to the United States Court of Appeals

for the Seventh Circuit from the final judgment entered in this action on December 15, 2017.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current Acting Commissioner of the Internal Revenue Service is substituted for the former Commissioner, John Koskinen.

Dated: February 8, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Erin Healy Gallagher*
ERIN HEALY GALLAGHER
District of Columbia Bar Number: 985670
U.S. Department of Justice
Tax Division
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2452
Facsimile: (202) 514-6770
E-mail: erin.healygallagher@usdoj.gov

/s/ *Richard G. Rose*
RICHARD G. ROSE
District of Columbia Bar Number: 493454
U.S. Department of Justice
Tax Division
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2032
Facsimile: (202) 514-6770
E-mail: richard.g.rose@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on February 8, 2018, service of the foregoing DEFENDANTS' NOTICE OF APPEAL was made upon all parties by filing it with the Clerk of Court using the CM/ECF system.

*/s/ Erin Healy Gallagher*
ERIN HEALY GALLAGHER